THE PEOPLE OF THE STATE OF NEW YORK ex rel. MANHATTAN AND QUEENS TRACTION CORPORATION, Appellant, v. THE STATE BOARD OF TAX COMMISSIONERS OF THE STATE OF NEW YORK, Respondent, and THE CITY OF NEW YORK, Intervenor, Respondent.— Order affirmed, with

costs. No opinion. Present — Clarke, P. J., Laughlin, Scott, Smith and Page, JJ.